Christopher B. Turcotte, Esq. (CT-0867)
Bjorn J. Holubar, Esq. (BH-9691)
THE LAW OFFICE OF CHRISTOPHER B. TURCOTTE, P.C.
575 Madison Avenue, 10th Floor
New York, New York 10022
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMA GEMS, INC., doing business as GEM INTERNATIONAL,

          Plaintiff,

-against-

R & R GROSBARD, INC., ROBERT GROSBARD, RICHARD GROSBARD, and RITESH SHAH,

          Defendants.

---

JUDGE SULLIVAN

'07 CIV 9384

Case No.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Shama Gems, Inc., doing business as Gem International, through its undersigned counsel, hereby certifies that: (i) plaintiff has no parent company, and (ii) plaintiff is not a publicly held corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated:  New York, New York
         October 18, 2007

                        THE LAW OFFICE OF CHRISTOPHER
                        B. TURCOTTE, P.C.

                        By: _____
                            Christopher B. Turcotte (CT-0867)
                        575 Madison Avenue, Suite 1006
                        New York, New York 10022
                        (212) 937-8499
                        *Attorneys for Plaintiff*