UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

SHAMA GEMS, INC. doing business as GEM INTERNATIONAL,

              Plaintiff,

-v-

R & R GROSBARD, INC., ROBERT GROSBARD, RICHARD GROSBARD, and RITESH SHAH,

              Defendants.

No. 07 Civ. 9384 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    The plaintiff's application to proceed *ex parte* is denied. The plaintiff shall serve the defendants with this order, as well as the plaintiff's papers in support of the application for a temporary restraining order and preliminary injunction by 7:00 p.m. today.

    The parties shall appear to argue the application for a temporary restraining order before the Court on Monday, October 22, 2007 at 3:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
           October 19, 2007

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE