UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMA GEMS, INC. doing business as GEM INTERNATIONAL,

          Plaintiff,

-v-

R & R GROSBARD, INC., ROBERT GROSBARD, RICHARD GROSBARD, and RITESH SHAH,

          Defendants.

No. 07 Civ. 9384 (RJS)

ORDER

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/23/07

RICHARD J. SULLIVAN, District Judge:

Pursuant to today's conference on the plaintiff's motion for a temporary restraining order and preliminary injunction, the parties are instructed to submit, not later than Thursday, October 25, 2007 at 5:00 p.m., a joint proposed discovery and briefing schedule for the Court's approval. The schedule shall include a due date for defendants' opposition papers, as well as proposed dates for depositions and the exchange of expert reports.

The parties shall appear before the Court for a hearing on Tuesday, November 27, 2007 at 10:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

The plaintiff is instructed to re-file the complaint and motion for a preliminary injunction on the Court's ECF system and file the original with the Clerk's Office.

SO ORDERED.

Dated:    New York, New York
           October 22, 2007

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE