UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMA GEMS, INC., doing business as
GEM INTERNATIONAL,

        Plaintiff,

- against -

R & R GROSBARD, INC., ROBERT
GROSBARD, RICHARD GROSBARD
and RITESH SHAH,

        Defendants.

Case No. 07 Civ. 9384 (RJS)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

      Collin Barletta, being duly sworn, deposes and says:

    I am over the age of eighteen (18) years and am not a party to this action. On the 19th day of October 2007, at approximately 5:35 p.m., I served a true copy of the Plaintiff's Verified Complaint, Proposed Order to Show Cause with Temporary Restraints, Memorandum of Law in Support of Its Application for Preliminary Injunctive Relief with Temporary Restraints, together with the accompanying Declaration of Christopher B. Turcotte dated October 18, 2007 and the exhibits annexed thereto, by hand delivery upon:

                Kathleen A. Costigan, Esq.
                Hedman & Costigan, P.C.
                1185 Avenue of the Americas
                New York, New York 10036-2646

                                                  Collin Barletta

Sworn to before me this
22nd day of October 2007

_____
Notary Public

CHRISTOPHER B. TURCOTTE
Notary Public, State of New York
No. 02TU5072563
Qualified in New York County
Commission Expires February 3, 2011