UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMA GEMS, INC. doing business as GEM INTERNATIONAL, :

         Plaintiff, :

   -against- : Case No. 07 Civ. 9384 (RJS)

R & R GROSBARD, INC., ROBERT GROSBARD, RICHARD GROSBARD, and RITESH SHAH, :

         Defendants. :

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jason A. Lief hereby appears as counsel for the defendants, R&R Grosbard, Inc., Robert Grosbard, Richard Grosbard, and Ritesh Shah, in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       October 30, 2007

McDERMOTT WILL & EMERY LLP

By: _/s/ Jason A. Lief_
    Jason A. Lief (JL7742)

340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400
jlief@mwe.com

*Attorneys for Defendants
R&R Grosbard, Inc., Robert GrosbarD, Richard Grosbard and Ritesh Shah*