

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMA GEMS, INC. doing business as GEM
INTERNATIONAL,

              Plaintiff,

-v-

R & R GROSBARD, INC., ROBERT GROSBARD,
RICHARD GROSBARD, and RITESH SHAH,

              Defendants.

No. 07 Civ. 9384 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    WHEREAS the Court previously ordered that a hearing on the proposed preliminary injunction will take place on Tuesday, November 27, 2007;

    WHEREAS the Court issued an Order in this matter on October 22, 2007 directing the parties to submit a joint proposed discovery and briefing schedule for the Court for its approval not later than October 25, 2007 at 5:00 p.m.;

    WHERAS the Court issued another Order on October 26, 2007 directing the parties to submit a jointly-proposed stipulated protective order to the Court for its approval no later than October 29, 2007;

    WHEREAS the Court conducted a telephone conference with the parties on October 29, 2007 during which the parties indicated that they were close to reaching agreement on both a proposed scheduling order and a proposed protective order;

    WHEREAS, the parties have yet to file either a proposed scheduling order or a proposed protective order;

    WHEREAS the parties have indicated that they are engaged in settlement discussions with the goal of resolving the claims in this matter within the next three days;

IT IS HEREBY ORDERED that the hearing on the preliminary injunction is rescheduled for Monday, December 3, 2007 at 10:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, in the event the parties are unable to reach a settlement by Monday, November 5, the parties shall submit (1) a joint proposed scheduling order; and (2) a joint proposed protective order to the Court not later than Monday, November 5, 2007 at 5:00 p.m. If the parties are successful in reaching a settlement before that time, the parties are directed to notify the Court by November 5, 2007 at 5:00 p.m. of their intent to settle the matter.

SO ORDERED.

Dated:    October 31, 2007
         New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE