**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMA GEMS, INC. doing business as GEM INTERNATIONAL,

        Plaintiff,

  -against-

R&R GROSBARD, INC., ROBERT GROSBARD, RICHARD GROSBARD, and RITESH SHAH,

        Defendants.

---

Case No. 07 Civ. 9384 (RJS)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shama Gems, Inc., doing business as Gem International and Defendants R&R Grosbard, Inc., Robert Grosbard, Richard Grosbard and Ritesh Shah, by and through their undersigned counsel, hereby jointly stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, subject to the terms of a confidential Settlement Agreement between the parties, to the dismissal of all claims with prejudice.

THE LAW OFFICE OF CHRISTOPHER B. TURCOTTE, P.C.

By: _____
Christopher B. Turcotte (CT-0867)
575 Madison Avenue
New York, New York 10022
(212) 937-8499
*Attorneys for Plaintiff*

MCDERMOTT WILL & EMERY LLP

By: _____
Dennis J. Mondolino (DM-2221)
Jason A. Lief (JL-7742)
340 Madison Avenue
New York, New York 10173
(212) 547-5400
*Attorneys for Defendants*

**SO ORDERED:**

_____
U.S.D.J.